1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WALTER BROWN, JR.,              )    NO. EDCV 10-00227 ODW (SS)
                                    )
12                  Petitioner,     )    **JUDGMENT**
                                    )
13             v.                   )
                                    )
14  UNITED STATES DISTRICT COURT    )
    OF THE CENTRAL DISTRICT OF      )
15  CALIFORNIA                      )
                                    )
16                  Respondent.     )
    _____)

17

18        Pursuant to the Court's Order Denying Motion for Extension of Time

19  to File Habeas Petition and Dismissing Action Without Prejudice, filed

20  concurrently herewith,

21

22        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

23  without prejudice.

24

25        DATED: March 1, 2010

26

27                                        _____
                                          OTIS D. WRIGHT, II
28                                        UNITED STATES DISTRICT JUDGE